# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 14-02172-MMM (KK)**          Date: **January 8, 2015**

Title:  Manuel Reyna Chavez v. Geraldo Orozco, et al.

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                              <u>    None         </u>
Deputy Clerk                              Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
     None                                              None

**PROCEEDINGS:          (IN CHAMBERS)**

The Court is in receipt of Plaintiff's motion for request to correct the court's error regarding his initial filing fee.  Dkt. No. 11.  Plaintiff states his inmate account contains a balance of $0.00.  Therefore, this Court's October 28, 2014 order granting Plaintiff's request for leave to proceed without filing fee is revised as follows:  an initial partial filing fee of $0.00 must be paid within 30 days of the date of this order.

Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN